Murrin Unemployment Compensation Case.

Argued April 15, 1965. *Rose Mary Murrin,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decisions affirmed.

FLOOD, J., absent.

Peachman Unemployment Compensation Case. Rosia Shoe Factory, Appellant, *v.* Unemployment Compensation Board of Review.

Argued April 14, 1965. *George Raptosh,* with him *Bionaz & Raptosh,* for employer, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

MONTGOMERY and JACOBS, JJ., dissent.

FLOOD, J., absent.